**Order entered April 1, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00948-CV

**RBC CAPITAL MARKETS, LLC, Appellant**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02034-D**

## ORDER

We **GRANT** appellee's March 28, 2014 unopposed motion for an extension of time to file its cross-appellant's reply brief. Appellee shall file its cross-appellant's reply brief on or before May 15, 2014.

/s/     ADA BROWN
               JUSTICE